UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SRISUWAN TANGTIWATANAPAIBUL, et al.,

                                Plaintiffs,

        -against-

TOM & TOON INC., et al.,

                                Defendants.

-----------------------------------------------------------------X

**ORDER**

**17-CV-0816 (KHP)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/16/20

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      For the telephone conference currently scheduled for March 26, 2020 at 5:00 p.m., the parties are directed to call into the Court conference line at **(866) 434-5269, Code: 4858267**.

      **SO ORDERED.**

Dated: March 16, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge