USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/26/2020

# MORTON S. MINSLEY

Attorney at Law

Admitted in both New York and New Jersey

101 Lafayette Street, 10th Floor, New York, New York 10013

Phone: 212-346-0849    Fax: 212-766-9798    E-Mail: Minsleylaw@me.com

~~March 25, 2020~~

**The Telephone Conference scheduled for Thursday, March 26, 2020 at 5:00 p.m. is hereby adjourned *sine die*. The Parties' are directed to file a joint status letter within 45 days updating the Court as to the finalization of settlement.**

**SO ORDERED:**

*Katharine H. Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
03/26/2020

**Via ECF**
Hon. Katherine H. Parker
United States Magistrate Judge
US District Court, SDNY
500 Pearl Street. Courtroom 17D
New York, NY 10007

Re:   Srisuwan Tangtiwatanapaibul, et. al. v. Tom & Toon, Inc., et.al
       US Dist. Ct., SDNY, Docket No. 17 Civ. 816 (LGS)(KHP)

Dear Magistrate Judge Parker:

I am Defendants' counsel in this matter. I am writing to request an adjournment of the conference call scheduled for tomorrow at 5:00 pm.

Since Sunday night I have been experiencing symptoms associated with the COVID-19 virus. Note that my four year old son was sick from March 14th through yesterday, with fever and mild respiratory symptoms, and obviously we kept him at home and monitored the situation in consultation with his pediatrician. Since he never developed symptoms of distress, we did not have him tested for COVID 19.

However, since Sunday night I have been experiencing symptoms that have worsened today. The symptoms began with a dry cough and sore throat, and today I developed a fever and also experience some fluid like feelings in my chest. In the event I do not improve overnight, I may need to seek medical attention tomorrow. I am 60 years old, so I am in somewhat of a risk category, although I do not have any co-morbidities or pre-existing conditions.

I have consulted with Plaintiffs' counsel and they do not object to this request.

Thanking your Honor for your attention, I am,

Respectfully,

*Morton S. Minsley*

Morton S. Minsley

MSM: mm
   TROY LAW, PLLC
   Attorneys for Plaintiffs
   VIA ECF