# MORTON S. MINSLEY
### Attorney at Law

Admitted in both New York and New Jersey

101 Lafayette Street, 10th Floor, New York, New York 10013

Phone: 212-346-0849      Fax: 212-766-9798      E-Mail: Minsleylaw@me.com

June 30, 2020

**Via ECF**
Hon. Katherine H. Parker
United States Magistrate Judge
US District Court, SDNY
500 Pearl Street. Courtroom 17D
New York, NY 10007

Re:   Srisuwan Tangtiwatanapaibul, et. al. v. Tom & Toon, Inc., et.al
      US Dist. Ct., SDNY, Docket No. 17 Civ. 816 (LGS)(KHP)

Dear Magistrate Judge Parker:

Pursuant to your Honor's Order dated June 24, 2020, my client has this day forwarded to Plaintiffs' counsel a revised executed settlement agreement together with a check for the initial payment of $500 due today, June 30, 2020. (See attached).

Thanking your Honor for your attention, I am,

Respectfully,

Morton S. Minsley

MSM: mm
cc.:  TROY LAW, PLLC
      Attorneys for Plaintiffs
      VIA ECF