USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/08/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SRISUWAN TANGTIWATANAPAIBUL, ET AL.,

                                        Plaintiffs,

     -against-

TOM & TOON INC., ET AL.,

                                        Defendants.

-----------------------------------------------------------------X

**ORDER ADJOURNING CONFERENCE & CLOSING CASE**

1:17-CV-0816 (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Status Conference in this matter scheduled for **November 4, 2020** is hereby adjourned *sine die*.

**The Clerk of Court is requested to terminate the Letter Motions at ECF # 197 & 198 and close this case.**

     SO ORDERED.

Dated: October 8, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge