USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SRISUWAN TANGTIWATANAPAIBUL, ET AL.,

                      Plaintiffs,

      -against-

TOM & TOON INC., ET AL.,

                      Defendants.

------------------------------------------------------------------X

**ORDER**

1:17-CV-0816 (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      Consistent with yesterday's proceedings, Defendants are hereby ordered to file a Proposed Confession of Judgment by November 23, 2020. Plaintiff shall file a letter with the Court within one week of Defendants' filing informing the Court of the sufficiency of the Proposed Confession of Judgment and any proposed changes thereto.

      **SO ORDERED.**

Dated: November 19, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge