```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SRISUWAN TANGTIWATANAPAIBUL, ET AL.,

                                Plaintiffs,

        -against-

TOM & TOON INC., ET AL.,

                               Defendants.

-----------------------------------------------------------------X

**ORDER**

**1:17-CV-0816 (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      Plaintiff is directed to draft the confession of judgment orders with the modifications suggested and serve them on Defendants' counsel. Defense Counsel shall coordinate with his clients to sign the confession of judgment forms by December 15, 2020 or, alternatively, submit a letter by December 10, 2020 setting forth objections to the proposed changes to the forms and reasons therefore. The parties also shall confer regarding a proposed payment schedule and file a status letter with the Court by December 21, 2020.

      **SO ORDERED.**

Dated: December 2, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge