UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SRISUWAN TANGTIWATANAPAIBUL, ET AL.,

                           Plaintiffs,

     -against-

TOM & TOON INC., ET AL.,

                           Defendants.

------------------------------------------------------------------X

**ORDER**

**1:17-CV-0816 (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Court is in receipt of the letters at ECF Nos. 213, 214, and 215. Plaintiff's counsel is directed to draft seven separate confessions of judgment, one for each of the Defendants Plaintiffs' state should sign a confession of judgment, in line with the edits proposed in Plaintiffs' letter at ECF No. 211, and serve them on Defendants by **Friday, February 5, 2021**.

     **SO ORDERED.**

Dated: January 29, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge