```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/27/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SRISUWAN TANGTIWATANAPAIBUL, ET AL.,

                                                     Plaintiffs,

               -against-

TOM & TOON INC., ET AL.,

                                                   Defendants.

-----------------------------------------------------------------X

**ORDER TO REOPEN CASE**

17-CV-0816 (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge**

The Clerk of Court is kindly directed to reopen this case for all purposes.

**SO ORDERED.**

Dated: April 27, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

1