USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/02/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

SRISUWAN TANGTIWATANAPAIBUL, ET AL.,

                                  Plaintiffs,

          -against-

TOM & TOON INC., ET AL.,

                                  Defendants.

----------------------------------------------------------------X

**ORDER SCHEDULING PRE-TRIAL CONFERENCE**

1:17-CV-0816 (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge**

      A Pre-Trial Conference matter is hereby scheduled for **Friday, June 11, 2021 at 10:00 a.m.** Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

**SO ORDERED.**

Dated: June 2, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

1