# MORTON S. MINSLEY
### Attorney at Law

Admitted in both New York and New Jersey

101 Lafayette Street, 10th Floor, New York, New York 10013

Phone: 212-346-0849    Fax: 212-766-9798    E-Mail: Minsleylaw@me.com

June 9, 2021

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 06/10/2021

<u>Via ECF</u>
Hon. Katherine H. Parker
United States Magistrate Judge
US District Court, SDNY
500 Pearl Street. Courtroom 17D
New York, NY 10007

**APPLICATION DENIED**

*[signature]*
KATHARINE H. PARKER
United States Magistrate Judge
06/10/2021

Re: Srisuwan Tangtiwatanapaibul, et. al. v. Tom & Toon, Inc., et.al
    US Dist. Ct., SDNY, Docket No. 17 Civ. 816 (LGS)(KHP)

Dear Magistrate Judge Parker:

I am writing in regard to this matter to request an adjournment of the pre-trial conference scheduled by the Court for June 11, 2021 at 10:00 am.

As your Honor knows, my clients and Plaintiffs' counsel previously entered into a settlement of this matter to pay plaintiffs the sum of $72,000, and thereafter made several payments toward this settlement, in the combined amount of $2,000, leaving a balance due of $70,000. The revised settlement agreement that my clients signed committed them to paying the remaining balance within 23 months of October 8, 2020. It is noted that Plaintiffs counsel accepted my clients' $2,000 after my clients signed the revised agreement, which could be considered consideration for the revised payment schedule.

In any event, my clients would prefer if in any way to adhere to the previously agreed upon settlement for the balance of $70,000, if at all possible, rather than incur the greater expense and uncertainty of going to trial. I have contacted Plaintiffs' counsel twice by e-mail (on April 28th and May 18th) to try to discuss resolution, but Plaintiffs' counsel did not respond to either e-mail.

My client requests a thirty (30) day delay in the pre-trial conference to further pursue efforts to come up with the balance of the settlement in a timely manner, so as hopefully avoid a trial.

Respectfully,

*[signature]*

Morton S. Minsley

MSM: mm
cc.:  TROY LAW, PLLC, Attorneys for Plaintiffs
      VIA ECF